

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 2, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/20
```

Hon. Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED**

Re: <u>United States v. Neury Abreu, et al.</u>, 19 Cr. 821 (KMW)

Dear Judge Wood:

The Government respectfully writes to request that the time between today and the next conference date in the above-referenced case, currently set for March 5, 2020 at 11 a.m., be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice. Exclusion of time is warranted because the parties are engaged in conversations about the possible resolution of this matter without the need for trial. Moreover, in the event that any defendant does not wish to so resolve this matter, defense counsel needs time to prepare pretrial motions.

*So ordered, except "today" is March 3, 2020. KMW*

Respectfully Submitted,

GEOFFREY S. BERMAN
United States Attorney

By:    /s/
Celia Cohen/Jacob Warren
Assistant United States Attorney
(212) 637-2466/2264

3-3-20

SO ORDERED: N.Y., N.Y.

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

2019.07.08