USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___4/2/20_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

NEURY ABREU, et al,

        Defendant.

---------------------------------------------------------X

19-CR-821 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Monday, April 6, 2020, is adjourned to June 8, 2020, at 11:00 a.m. Pursuant to Standing Order 20-MISC-154, and at the request of the parties, the running of speedy-trial time is suspended.

SO ORDERED.

Dated: New York, New York
     April 2, 2020

                                                /s/ Kimba M. Wood /
                                                 KIMBA M. WOOD
                                       United States District Judge