USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/7/20_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

NEURY ABREU,

                            Defendant.

--------------------------------------------------------X

19-CR-821 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      The Court refers the defendant's April 3, 2020, bail application to magistrate's court.

      SO ORDERED.

Dated: New York, New York

      April 7, 2020                                       /s/ Kimba M. Wood /

                                                            KIMBA M. WOOD
                                                  United States District Judge