```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/1/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

         -against-

NEURY ABREU, et al,

         Defendants.

-----------------------------------------------------------X

19-CR-821 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Monday, June 8, 2020, is adjourned to June 29, 2020, at 12:00 p.m. Pursuant to standing order 20-MISC-196, the running of speedy-trial time is suspended.

    SO ORDERED.

Dated: New York, New York
       June 1, 2020

                                              /s/ Kimba M. Wood /
                                              KIMBA M. WOOD
                                       United States District Judge