```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/22/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

        19-CR-821 (KMW)

-against-

**ORDER**

NEURY ABREU, et al,

        Defendants.
----------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Monday, June 29, 2020, is adjourned to July 30, 2020, at 10:00 a.m.

Pursuant to Standing Order 20-MC-196, the running of speedy-trial time is suspended.

    SO ORDERED.
Dated: New York, New York
       June 22, 2020

                                                /s/ Kimba M. Wood /
                                              KIMBA M. WOOD
                                  United States District Judge