UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: ___7/16/20_____ |

19-CR-821 (KMW)

-against-

**ORDER**

NEURY ABREU, et al,

Defendants.

--------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

In an effort to reduce all parties' risk of exposure to COVID-19, the conference

scheduled for Thursday, July 30, 2020, is adjourned to September 3, 2020, at 12:00 p.m.

Pursuant to Standing Order 20-MC-196, the running of speedy-trial time is suspended.

SO ORDERED.
Dated: New York, New York
July 16, 2020

_____/s/ Kimba M. Wood /_____
KIMBA M. WOOD
United States District Judge