UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

NEURY ABREU, et al,

                         Defendants.
------------------------------------------------------------------x

ORDER
19 CR 821 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/20

KIMBA M. WOOD, District Judge:

    Due to a conflict with the Court's calendar, the conference scheduled for September 3, 2020, is adjourned to September 8, 2020, at 11:00 a.m. Pursuant to Standing Order 20-MC-196, the running of speedy-trial time is suspended

    SO ORDERED.

Dated: New York, New York
       August 13, 2020

                                                _____
                                                     KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE