U.S. Department of Justice

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/20

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 6, 2020

**BY ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Abreu, et al.*, 19 Cr. 821 (KMW)

Dear Judge Wood:

The Government respectfully writes with the consent of counsel for all defendants to provide a status update to the Court and to request an adjournment of the next status conference in this case. Discovery is currently complete and plea offers have been extended to all defendants. The next scheduled conference is currently set for November 12, 2020. In light of the current public health situation, the parties respectfully request that the conference be adjourned to a date convenient for the Court. The parties further request that the time between November 12, 2020 and the date of the next conference be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice, both in light of the current health situation and so that the parties can continue their plea discussions.

The conference is adjourned to January 7, 2021, at 10:30 a.m.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: /s/
Celia V. Cohen
Assistant United States Attorney
(212) 637-2466

SO ORDERED: N.Y., N.Y.  11/9/20

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.