UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,

-against-

NEURY ABREU,

                              Defendant.
------------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/21

19  CR 821 (KMW)

ORDER

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a

Magistrate Judge on April 23, 2021;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the

District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the defendant

entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty

plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.


SO ORDERED.


Dated:  New York, New York
        April 27, 2021

                                        _____
                                              KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE