

THE LAW OFFICE OF
MATTHEW G

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/21

11 Broadway, Suite 715   New York, New York 10004
Tel. (212) 344-5180   www.criminal-defense.nyc

August 16, 2021

The Hon. Kimba M. Wood
United States District Court Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**VIA ECF**

    RE:    *U.S. v. Abreu, et al.*, 19 Cr. 821 (KMW)

Dear Judge Wood,

    I represent Neury Abreu in the above-captioned matter. His sentencing hearing is currently scheduled for September 9. I write to request a one-month adjournment of the sentencing. This is the first such request for an adjournment of sentencing. I have conferred with the prosecutors in this matter and they have no objection to the adjournment.

**Granted -KMW**

    The reason for the request is that my team is still pursuing records that we believe may be pertinent to our sentencing submission, and the mitigation expert/social worker assisting the defense still needs to conduct some interviews of family members before he can finish his assessment and report.

    Please note also that I will be unavailable from September 30-October 8, so I would respectfully request a date during the weeks of October 11 or 18.

Sincerely,

_____/s/_____

Matthew Galluzzo, Esq.

**Sentencing is adjourned to October 20, 2021 at 2:00pm.**

**Defendant's submission is due on October 6, and the Government's submission is due on October 13.**

**SO ORDERED.**

**Dated: August 20, 2021**
**New York, NY**

    */s/ Kimba M. Wood*
**The Honorable Kimba M. Wood**
**United States District Judge**