UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

NEURY ABREU, et al,,

                           Defendants.
------------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/21
```

**ORDER**
19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

    A remote conference is scheduled, in the above-captioned case, for September 7, 2021, at 10:30 a.m. To join the conference, the parties should dial 1-888-363-4749 and enter access code 1613818.

    SO ORDERED.

Dated: New York, New York
         August 31, 2021

                                              _/s/ Kimba M. Wood_
                                              KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE