

THE LAW OFFICE OF
## MATTHEW GALLUZZO
PLLC

11 BROADWAY, SUITE 715   NEW YORK, NEW YORK 10004
Tel. (212) 344-5180   www.criminal-defense.nyc

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/21
```

October 13, 2021

The Hon. Kimba M. Wood
United States District Court Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**VIA ECF**

RE:   *U.S. v. Abreu, et al.*, 19 Cr. 821 (KMW)

Dear Judge Wood,

I represent Neury Abreu in the above-captioned matter. His sentencing hearing is currently scheduled for October 20. I have been informed by your deputy that this date now presents a conflict for the court's calendar. We have discussed a new date for sentencing of November 9, 2021, at noon, and I write now to request that adjournment. The government has no objection to the adjournment.

*KMW Granted*

I also request this adjournment because my client's family wishes to attend the hearing but they require some advance notice with their employers. Additionally, I have been informed that my client is currently in quarantine lockdown at MDC Brooklyn because someone in his unit contracted COVID-19. As such, I may have some difficulty meeting with him in the next two weeks to prepare for the sentencing hearing. The proposed adjournment should solve these issues.

This is the second request for an adjournment of sentencing. Thank you.

Sincerely,

_____/s/_____

Matthew Galluzzo, Esq.

CC:

AUSA Celia Cohen
AUSA Jacob Warren
VIA ECF

SO ORDERED:   N.Y., N.Y.   10/13/21

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.