UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/21

-against-

**ORDER**
19 CR 821 (KMW)

NEURY ABREU,

Defendant.
-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the sentencing currently scheduled for November 9, 2021, is adjourned to Wednesday, November 17, 2021, at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
       October 26, 2021

*Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE